# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHELLE CHIOMA ROYALAY,

    Plaintiff(s),

v.

USCIS,

    Defendant(s).

Case No. 2:24-cv-00943-___-NJK

**ORDER**

This case was assigned to the undersigned magistrate judge with the option of the parties to decline magistrate judge assignment within 21 days of their first appearance. Docket No. 3. As will be explained in a report and recommendation issued concurrently herewith, dismissal of this action is warranted. Because Plaintiff has not yet appeared, however, she has not yet had the opportunity to decline magistrate judge handling of the case, *see* Docket No. 3, and not all parties have consented to magistrate judge handling of the case, *see* Fed. R. Civ. P. 73(a) (explaining that a magistrate judge may handle trial and all other proceedings "if all parties consent").

Accordingly, the Clerk's Office is **INSTRUCTED** to assign a district judge to this case.

IT IS SO ORDERED.

Dated: June 28, 2024

                                                    Nancy J. Koppe
United States Magistrate Judge