UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE CHIOMA ROYALAY,<br>　　Plaintiff(s),<br>v.<br>USCIS,<br>　　Defendant(s). | Case No. 2:24-cv-00943-___-NJK[1]<br>**REPORT AND RECOMMENDATION** |

　　Pending before the Court is Defendant's motion to dismiss. Docket No. 7. The motion to dismiss was filed and served on May 29, 2024. *Id.* at 14. To date, no response has been filed, so the motion to dismiss is properly granted as unopposed. *See* Local Rule 7-2(d).

　　Moreover, Plaintiff has failed to update her address. *See, e.g.*, Docket No. 8 (mail returned as undeliverable). "A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address." *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988); *see also in re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991). To that end, the local rules require that litigants immediately file with the Court written notification of any change of address, and expressly warn that failure to do so may result in case-dispositive sanctions. *See* Local Rule IA 3-1. On May 31, 2024, the Court ordered Plaintiff to update her address by June 21, 2024. Docket No. 9. The Court warned therein that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL**." *Id.* at 1 (emphasis in original).

　　Plaintiff has disobeyed the local rules and the Court's order requiring prompt updating of a litigant's address. Plaintiff's failure to update her address, her disobedience with the local rules, and her disobedience of the Court's order are abusive litigation practices that have interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management

---

[1] Through a separate order, the Court is instructing the Clerk's Office to assign a district judge to this case to resolve this report and recommendation.

of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the orders of this Court notwithstanding the warning that case-dispositive sanctions may be imposed. Moreover, the Court is unable to contact Plaintiff to threaten her with a lesser sanction because an "order to show cause why dismissal was not warranted or an order imposing sanctions would only find itself taking a round trip tour through the United States mail." *Carey*, 856 F.2d at 1441.

Accordingly, in light of the circumstances outlined above, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

Dated: June 28, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).